No. 03A606 (03–8453). ZIMMERMAN v. JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

JANUARY 23, 2004

No. 03–1027. RUMSFELD v. PADILLA ET AL. C. A. 2d Cir. Motion of the Solicitor General to expedite consideration of petition for writ of certiorari granted. A response to petition for writ of certiorari is to be filed with the Clerk and served upon the Solicitor General on or before 3 p.m., Wednesday, February 4, 2004.

JANUARY 26, 2004

No. 03M42. McCORD v. UNITED STATES;
No. 03M43. PRINCE v. HICKMAN, WARDEN; and
No. 03M44. FORNEY v. FORNEY ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. D–2355. IN RE DISBARMENT OF PIRRO. Disbarment entered. [For earlier order herein, see ante, p. 979.]

No. 02–1603. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. v. BANKS. C. A. 3d Cir. [Certiorari granted, 539 U. S. 987.] Motion of petitioners for divided argument denied.

No. 02–1624. ELK GROVE UNIFIED SCHOOL DISTRICT ET AL. v. NEWDOW ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 945.] Motion of respondent Michael A. Newdow to add parties denied. JUSTICE SCALIA took no part in the consideration or decision of this motion.